IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOLITA DUGLAS,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DOCTOR MILAGROS SOTO-PILLOT,** | : | |
| *Defendant* | : | No. 24-0130 |

## ORDER

AND NOW, this 30th day of January, 2024, upon consideration of Plaintiff Lolita Duglas's *pro se* Amended Complaint (ECF No. 6) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE